IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,          :
                                    :
           v.                       :    No. 2:98-cr-00362-11
                                    :    No. 2:16-cv-03507
WILFREDO MARTINEZ ACOSTA,           :
           Defendant/Petitioner     :
_____

# O R D E R

**AND NOW**, this 10th day of June, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, ECF No. 1178, is **GRANTED in part and DENIED in part** as follows:

    A. The conviction on Count 28, only, is **VACATED**.

    B. The sentence on Count 31 is **REDUCED** to five (5) years imprisonment, to run consecutive to all other counts.

2. There is no basis for a certificate of appealability.

3. Martinez-Acosta's supplemental memorandums of law, which he titled as motions, ECF Nos. 1283, 1294, and 1321, are **DISMISSED**.

4. Martinez-Acosta's Motion for Appointment of Counsel, ECF No. 1322, is **DENIED**.

5. There is no basis for a certificate of appealability.

6. The Clerk of Court shall **CLOSE** Case Nos. 2:98-cr-00362-11 and 2:16-cv-03507.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge